# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

NAT BROWN,
ADC # 86641                                                                               PLAINTIFF

V.                          CASE NO. 5:10CV00049-SWW-BD

WIESE, *et al.*                                                                         DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

The following Recommended Disposition has been sent to United States District Judge Susan Webber Wright.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date you receive the Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**II.     Background**

On February 22, 2010, Plaintiff brought this action pro se under 42 U.S.C. § 1983. (Docket entry #2)   Plaintiff also moved to proceed *in forma pauperis*.  (#1)

On February 25, 2010, this Court denied Plaintiff's motion and ordered Plaintiff to submit, within 30 days, the statutory filing fee of $350.00 based on the "three strikes" provision of the federal statute governing *in form pauperis* status for inmates, 28 U.S.C. § 1915(g).  (#3)  Plaintiff was warned that failure to pay the filing fee would result in dismissal of his case, without prejudice.

Plaintiff has failed to pay the statutory filing fee, and the time to do so has passed. Accordingly, Plaintiff's Complaint (#2) should be dismissed without prejudice.

**III.    Conclusion**

The Court recommends that the District Court dismiss the Complaint (#2) without prejudice for failure to pay the statutory filing fee of $350.00.

DATED this 29th of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE