**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**NAT BROWN,
ADC # 86641**                                                                                                    **PLAINTIFF**

**V.**                        **CASE NO. 5:10CV00049-SWW-BD**

**WIESE,** *et al.*                                                                                                     **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is dismissed, without prejudice.

IT IS SO ORDERED, this 13th day of April 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE