**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**NAT BROWN,
ADC # 86641**                                                                                    **PLAINTIFF**

**V.**                            **CASE NO. 5:10CV00049-SWW-BD**

**WIESE,** *et al.*                                                                               **DEFENDANTS**


**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED this 13th day of April 2010.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE